## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No:   2:15-cv-08542-BRO-MRW                      Date:  2/17/2016
Title:   APL CO. PTE., LTD. V. JUNCTION INT L LOGISTICS, INC. ET AL

Present: The Honorable  Beverly Reid O'Connell ,  U. S. District Judge

Deputy Clerk:   Renee Fisher
Court Reporter:   N/A

    Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
        None Appearing                                   None Appearing

Proceedings:     **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

    On 2/16/2016, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution.  Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 2/17/2016.

    The court deems that response satisfactory, and orders the Order to Show Cause discharged.

Initials of Deputy Clerk: rfi