UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-08542-BRO (MRWx) | Date | February 24, 2017 |
|---|---|---|---|
| Title | APL Co. Pte., Ltd. v. Junction Int l Logistics, Inc. et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL | |
|---|---|---|
| Renee Fisher | Myra Ponce | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**      **(IN CHAMBERS)**

**ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff(s) are ORDERED to show cause why this case should not be dismissed, for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).  In this matter:

   The docket reflects that Plaintiff(s) are not actively pursuing this matter.

   Plaintiffs have failed to file the Pretrial Documents.

   Plaintiff(s) can satisfy this order by filing a Status Report, not to exceed 4 pages, setting forth the current status of the litigation.  Plaintiffs must respond to this order within 20 days.  Failure to respond to this OSC will be deemed consent to the dismissal of the action.

   The Court VACATES all pending hearings, including the Pretrial Conference set for February 27, 2017 and the Trial date of March 28, 2017.

   IT IS SO ORDERED.